

Advertiser Disclosure

MENU

NEWS

# Uber Riders Have Given $600 Million in Tips and Counting

by  Alyssa Cerchiai

June 21st, 2018

15



This post contains references to products from one or more of our advertisers. We may receive compensation when you click on links to those products. For an explanation of our Advertising Policy, visit this page.

One year ago, Uber addressed its employees' wage concerns and adjusted its business model that originally boasted calculating tips into ride fares to start allowing passengers to tip their drivers. Since then, Uber drivers have collectively accumulated more than $600 million in tips from riders.

According to Uber data, the most popular times to tip in Uber are Friday at 2:12am, Saturday at 10:33pm and Sunday at 5:17am. The most generous cities are Salt Lake City, San Antonio, Kansas City, New Orleans and Nashville.

We asked the *TPG* Lounge if they typically to tip after an Uber or Lyft ride, and if the location holds a bearing over that decision. The responses were nowhere near black and white. Some find it imperative to tip as it is a service, some don't see a need to because of Uber's original business model. Others lie somewhere in between. We even had some Uber drivers chime in!

# Riders Who Always, Always Always Tip

These Uber and Lyft users are set on dropping a tip for their drivers, even if it's just a couple of dollars. Uber was recently in the news for its [low driver wages](), so some riders justify their tip because it adds something extra to low fares that drivers only receive a percentage of. Others simply see it as common courtesy.

> *"If the service is above average I'd tip $2-3 if it's excellent I'd tip $5. I try to at least give the driver a gallon worth of gas. It can go a long way for the driver when you tip."* – Adan B.

> *"The drivers lose a little over 20% back to Uber. I usually try to have my tip cover that 20%."* – Yuleidy K.

> *"I look at it this way. If I utilize a ride share service, its because I am away from my personal car or out having a few adult beverages, etc when I (anyone) should not be driving. So, if the service is good, and its gets me home safe, two measly dollars is much more palatable than a DUI or god forbid injuring anyone, myself included. If someone (waiter, bellman, taxi, concierge) provides me a good service, I always tip."* – Matt E.

> *"Wow. I can't believe how many of you don't tip! I always do, 20% every ride. To me it's par for the course. I tip a cab driver every ride, so why treat an uber driver any differently?"* – Kylie M.

> *"20% every time. Lyft service is exponentially more comfortable and more pleasant than cabs in my home city of Las Vegas, as well as much cheaper. Adding an extra $2-$10 per ride won't effect my day negatively, and will most certainly help theirs."* – Natalie F.

*"The rides are so cheap in NYC now due to price wars That I can add a buck or two to the fare and have it be an inexpensive ride"* – Brian C.

## Riders Who Don't Think It's Necessary

As mentioned before, Uber's original business plan was appealing because the low fares included tip. In fact, it's something that was advertised. A precedent was set for riders not feeling obligated to tip the drivers, so for some, nothing has changed, even after Uber began to allow tips. Some have other reasons not to tip.

> *"I used Uber when tipping wasn't encouraged and it was part of the business model (you don't need to tip- it is built in). Now, they request tips, prices have gone up and Uber didn't give a discount. For me, that makes it difficult to tip unless really excellent."* – Brandi W.

> *"Nope. Drivers get the same cut in countries outside of the US and tipping is not an option on the app in said countries, so I shouldn't have to do it inside of the US either. I will always leave a review/rating though."* – Bryan M.

> *"No tips. Perhaps if Uber hadn't included "Tips are already included in the fees, so you pay nothing extra" in their original marketing, people would have thought about it differently."* – Allison C.

> *"Exactly! I don't tip for fun in countries where it isn't the norm. And I always tip taxis here. Uber said it was built in. Uber is sometimes more expensive than a cab…."* – Brandi W.

> *"I don't tip. I purchase a service and I pay for the service. Simple. If the driver supplied an outstanding service and actually got me to my destination without running over old ladies or blind people, than it's a bonus and I might consider a dollar."* – Santiago M.

# It Depends!

Certain factors contribute to these riders' decision on tipping, whether it's the time of day, location, service or something else.

> "I've been using Uber since tipping wasn't supported or encouraged and was marketed as included and unnecessary. When they added tipping, prices stayed the same. My tipping hasn't changed: I tip for exceptional service. If I'm going to the airport and the driver loads/unloads my luggage, etc." – Jimmy R.

> "depends on the service and attitude of the driver. When I'm taking them out of the way e.g. to the suburbs late at night, I tend to be more generous" – Bob U.

> "I primarily use Uber Pool or Lyft line and I will not tip for either of those unless someone does something exceptional, the cost is barely $4. If I have a bag and the driver lifts it into the trunk for me, I tip. On airport rides I always tip pool or otherwise a few dollars unless the driver is horrible and on rides that are longer I will tip a $1 or $2." – Lisa A.

> "Only if I get exceptional service. My job doesn't reimburse tips, so I never tip on business related trips." Pablo A.

> "Yes, on cheap trips under $10. But I mostly tip the driver so that he gives me a 5 star rating, when I have loud friends with me." – Danny M.

> "I usually tip but if my ride is less than half a mile I don't. I just don't think the ride is worth more than $5 bucks for something that short. Though if I still have Amex credits I'll add a buck or two." – Lily C.

## Drivers Chime in

Some Uber drivers contributed their perspective on the subject, telling how they typically tip or like to be tipped.

> *"I tip after most rides. Having driven for Uber in my free time to make a little extra cash, I can say you'd be surprised how little Uber drivers make after expenses. Obviously, if they drive unsafely or there's an issue, then I don't tip."* – Hunter F.

> *"As a Uber driver, I'm always in favor of people tipping. But I always go the extra mile to ensure I'm providing the best service possible to earn that tip."* – Christopher M.

> *"Disclosure: I do drive for Uber with over 10,600 rides. I feel if your driver has done a good job, provided extra service, assisted with luggage, made some recommendations as to where to eat, what to see/do, etc…then, YES, you should tip the driver. Just like your food server, your barber or stylist or barista…they are providing a service and usually get a tip. Those that don't tip, as a rule, are being cheap and/or are looking for any excuse not to tip."* – Perry M.

## Strange Scenarios

Not all riders' experiences are up to par with the rest. Here's how two *TPG* readers tipped in some rather unusual situations.

> *"Always use Lyft, and always tip 20% unless they are unsafe (like the dude texting and driving; reported that one), rude (yelling at me for having the side of my foot accidentally touch the door. That was nice), or gross (car filthy or smells like smoke). That was all this week lol."* – Maggie M.

"One time I gave a creepy guy a few ones just so he would think I was nice and not kill me LOL I quit taking Uber " – Rachel H.

Featured image by Thomas Trutschel/Photothek via Getty Images.

Share this:

## Capital One® Venture® Rewards Credit Card

**New!** Earn unlimited 10x miles on hotel stays booked and paid through hotels.com/venture. Pair that with the Hotels.com Rewards program and you'll essentially be getting 20% off of hotel bookings! With the 50,000 mile sign-up bonus you'll be getting the equivalent of $500 and you'll have the flexibility to redeem those miles on any purchase for airfare, hotel stays, car rentals and more.

Apply Now

**More Things to Know**



Editorial Disclaimer: Opinions expressed here are author's alone, not those of any bank, credit card issuer, airlines or hotel chain, and have not been reviewed, approved or otherwise endorsed by any of these entities.

Disclaimer: The responses below are not provided or commissioned by the bank advertiser. Responses have not been reviewed, approved or otherwise endorsed by the bank advertiser. It is not the bank advertiser's responsibility to ensure all posts and/or questions are answered.

15 Comments   The Points Guy   1 Login

♡ Recommend   ⤤ Share   Sort by Newest

Join the discussion…

LOG IN WITH   OR SIGN UP WITH DISQUS (?)

Name

**Marie805** • 2 months ago

I usually tip $2 on short rides (home to the metro, for example, which is about 1.5 miles) while airport runs (because of baggage) warrant more. However, I don't tip to maintain my rating and I

airport runs (because of baggage) warrant more. However, I don't tip to maintain my rating and I never tip on my card (I keep cash on hand for this) because it's hard to keep track of with different receipts, and because one driver told me Uber takes a cut of their tips (whether it's true or not, I don't know, but I wouldn't like it if it is).

I have had the same experience as another poster a few times... when I've gotten in cars with men who seem creepy, I whip out a $5 for the tip and hope that makes him think twice about killing me. Not sure that would do it, but it makes me feel better.

Reply • Share ›



**George** • 2 months ago

Why was it necessary to "fix" Uber with tipping? It was working perfectly fine. Now I have to be held hostage for a good Uber rating over tipping?

Reply • Share ›



**scott** • 2 months ago

never tip. stupid tipping culture in the US...should learn from literally every other country and abolish this madness.

Reply • Share ›



**fuber** • 2 months ago

seriously why are people still using uber? Genuinely terrible company. I've uninstalled them and used other apps and never looked back.

Reply • Share ›

**Lee VD** • 2 months ago

I don't tip because it is processed as a separate transaction and I need to save and submit another receipt... more paperwork for a couple dollars. Taxis allow the tip to be added in the checkout process on the in-car credit card machine.

Reply • Share ›

**Ronaldinho** • 2 months ago

I tip 90% of the time. My experience has mostly been very positive: friendly drivers, super clean cars, pleasant rides. But there are exceptions: drivers who can't speak English - no one should ever be allowed to drive anywhere if he can't speak the local language. This is a huge problem with Latinos in Florida who REFUSE to learn English. This is outrageous and I give them one star and encourage everyone to do the same. There is simply no excuse for this cultural arrogance. Occasionally I've had drivers blasting their music or driving painfully slow like they're in a coma. They get no tip and one star.

2 Reply • Share ›



**Jr** → Ronaldinho • 2 months ago
Ignorant

Reply • Share ›

**Salty Dog** • 2 months ago

There are really only two categories: those who tip and cheapskates.

1 • Reply • Share ›

**Bongs&Thongs** → Salty Dog • 2 months ago

what about those who get terrible service?? I like to think of myself as a good tipper (usually leave 3-6%) but im not afraid to leave nothing if my experience sucks. in any industry

• Reply • Share ›

**Carry Bean** • 2 months ago

I overtip because Uber just started in my area of Mexico and I want them to continue the service. Lyft isn't here. The drivers have all been polite, nice and their cars have been immaculate. I also give excellent ratings if the drivers deserve it and so far, they have.

1 • Reply • Share ›

**PackingIt** • 2 months ago

I ask this genuinely, does TPG have a pro-Uber bias? Just seems like there are more articles (and headlines) for Uber than other car services like Lyft. If TPG has a relationship with Uber, that's totally their right, but just was curious if that was the case (or not)?

• Reply • Share ›

**Marie805** → PackingIt • 2 months ago

No idea about the bias, but I'm wondering if more people just use Uber? I don't like Lyft in DC because they want to be buddies, have me ride up front, and chat me up the whole time. It's just not what I'm looking for in a ride to work.

• Reply • Share ›

**PackingIt** → Marie805 • 2 months ago

Interesting. Where I am at, Lyft hasn't been like that for years now. Basically the same as Uber.

• Reply • Share ›

**Marie805** → PackingIt • 2 months ago

I haven't used them since they were pretty new to DC and showing up with pink moustaches on the cars. Maybe that's why, and maybe I should give them another try. After reading your comment I realized many of my drivers have had both Uber and Lyft signs, so you're most likely correct.

• Reply • Share ›

**Bongs&Thongs** → PackingIt • 2 months ago

they probably have a contract with them where they are paid to write these stories about uber and look non-biased.. they certainly wouldn't be the first website to disquise advertising as a "journalism"

• Reply • Share ›





OUR FAVORITE PARTNER CARDS

**Citi ThankYou® Premier Card**
60,000 bonus points [Terms]

**Chase Sapphire Preferred® Card**
50,000 points [Terms]

**Starwood Preferred Guest® American Express Luxury Card**
100,000 points (Ends 10/31/18)

[Terms]

**Ink Business Preferred℠ Credit Card**
80,000 points [Terms]

THE LATEST



**Thousands of People Are Protesting Hyatt For Hosting Controversial Group**



**Save on Universal Studios Hollywood Tickets With New Amex Offer**


9/4/2018 Uber Riders Have Given $600 Million in Tips and Counting


## Deal Alert: West Coast to Hawaii From $247 Round-Trip Nonstop

[All Newest Posts ›](#)







## CREDIT CARD GUIDES

Best **Travel Rewards** Cards

Best **Business** Cards

Best **Cash Back** Cards

Best Cards With **No Foreign Transaction Fees**

Best **Airline** Cards

Best **Hotel** Cards

## MORE FROM THE POINTS GUY

**NEWS**

### US Sanctions Cause Another Airline's Departure From Iran

2 hours ago

NEWS

## Paying for Employees' Health Insurance With Rewards — Business Success Story

2 hours ago

NEWS

## Airlines Issue Travel Waivers in Southeast US for Tropical Storm Gordon

3 hours ago



THE TPG NEWSLETTER

**BE A SMARTER TRAVELER**: Get points strategies, customized alerts + more

email address

Sign Up

SITE

**ABOUT** | **JOBS AT TPG** | **TEAM** | **CONTACT US** | **BEGINNER'S GUIDE**

**POINTS FOR PEACE** | **SHOP**

TOOLS

**TPG TO GO**

The credit card offers that appear on the website are from credit card companies from which ThePointsGuy.com receives compensation. This compensation may impact how and where products appear on this site (including, for example, the order in which they appear). This site does not include all credit card companies or all available credit card offers. Please view our advertising policy page for more information.

Editorial Note: Opinions expressed here are author's alone, not those of any bank, credit card issuer, airlines or hotel chain, and have not been reviewed, approved or otherwise endorsed by any of these entities.

TPG SOCIAL

@thepointsguy



© 2018 THE POINTS GUY, LLC. ALL RIGHTS RESERVED    **PRIVACY POLICY** | **TERMS OF USE**