UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH KASIOTIS, individually and on behalf of
all other similarly situated New York consumers,   **ORDER**

               Plaintiff,   18-cv-08057 (PMH)

v.

NEW YORK BLACK CAR OPERATORS'
INJURY COMPENSATION FUND, INC.,

               Defendant,
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Pursuant to Rule 2(B) of this Court's Individual Practices, as applied to this removed putative class action, the parties are directed to file via ECF a joint letter setting forth the basis for the assertion of the existence of subject matter jurisdiction in this case, including evidence of the citizenship of the potential class members, by 7/2/2020.

SO ORDERED:

Dated:  New York, New York
       June 22, 2020

                                              Philip M. Halpern
                                              United States District Judge