UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH KASIOTIS, individually and on behalf
of all other similarly situated New York consumers,          **ORDER**

                    Plaintiff,                          18-cv-08057 (PMH)

v.

NEW YORK BLACK CAR OPERATORS'
INJURY COMPENSATION FUND, INC.,

                    Defendant,
-----------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Plaintiff having moved to certify a class (Doc. 38), and Defendant having served no opposition thereto, it is hereby ORDERED that Plaintiff shall file a proposed Order via ECF by 10/13/2020, in advance of the oral argument scheduled for 10/15/2020, on consent of Defendant. In the event the parties are unable to agree on the content of the proposed Order, Plaintiff shall file a proposed Order by 10/13/2020 and Defendant may file a proposed counter Order by 10/14/2020.

SO ORDERED:

Dated: New York, New York
      October 8, 2020

_____
      Philip M. Halpern
      United States District Judge