UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH KASIOTIS, individually and on behalf
of all other similarly situated New York consumers,    **ORDER**

          Plaintiff,    18-CV-08057 (PMH)

v.

NEW YORK BLACK CAR OPERATORS'
INJURY COMPENSATION FUND, INC.,

          Defendant,
-------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today for a telephone conference. As discussed on the record, the Court is setting the matter down for a conference on June 14, 2022 at 10:00 a.m. to be held in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

As discussed, the topic of the conference will be addressing the proposed procedural process for the unique posture of the case that is acceptable and endorsed within the Second Circuit for resolution of this type of scenario. The parties are directed to meet and confer and, no later than May 31, 2022, they shall file a joint letter, limited to five pages, setting forth the proposal supported by relevant authorities. Should the parties conclude no such process is viable or sanctioned, they shall advise the Court of same by joint letter and the topic of the June 14th conference will be converted to discussion of a notice plan and damages.

SO ORDERED:

Dated: White Plains, New York
      April 6, 2022

_____
Philip M. Halpern
United States District Judge