UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH KASIOTIS, individually and on behalf
of all other similarly situated New York consumers,　　**ORDER**

　　　　　　　　　　Plaintiff,　　　　　　　　18-CV-08057 (PMH)

v.

NEW YORK BLACK CAR OPERATORS'
INJURY COMPENSATION FUND, INC.,

　　　　　　　　　　Defendant,
-------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

　　Counsel for all parties appeared today in person in Courtroom 520 for a status conference. As discussed at the conference, the parties intend to stipulate for all purposes to the total amount of damages in this action and waive any jury trial on damages and the other remaining issues in this case, which include notice to the class, selecting and paying the costs of a class administrator, legal fees, pre- and post-judgment interest, and distribution of damages to the class members, all of which will be submitted to the Court for decision at an appropriate time and after hearing and briefing from the parties.

　　In connection with the referenced stipulation, by July 14, 2022, plaintiff shall provide to defendant the proposed final aggregate damages amount and the backup therefor; by July 28, 2022, defendant shall complete its review of the backup and confirm the final damages amount with plaintiff; and by August 4, 2022, the parties shall file a signed stipulation to be so-ordered as indicated on the record, together with a joint motion for certification of interlocutory appeal under 28 U.S.C. § 1292(b), supported by a joint memorandum of law limited to ten pages, and a proposed order.  See transcript.

SO ORDERED:

Dated: White Plains, New York
       June 14, 2022

_____
Philip M. Halpern
United States District Judge