UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH KASIOTIS, individually and on behalf
of all other similarly situated New York consumers,　　**ORDER**

　　　　　　　Plaintiff,　　　　　　　　　　18-CV-08057 (PMH)

v.

NEW YORK BLACK CAR OPERATORS'
INJURY COMPENSATION FUND, INC.,

　　　　　　　Defendant,
-------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

　　The Mandate of the United States Court of Appeals for the Second Circuit was returned on January 23, 2024, which "ORDERED, ADJUDGED and DECREED that the order of the district court granting Kasiotis's motion for summary judgment is REVERSED and the case is REMANDED." (Doc. 98). The Mandate instructs this Court "to dismiss the unjust enrichment claim." (*Id.*).

　　Accordingly, Plaintiff's unjust enrichment claim is hereby dismissed.

　　The Clerk of Court is respectfully requested to close this case.

SO ORDERED:

Dated: White Plains, New York
　　　　January 24, 2024

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Philip M. Halpern
　　　　　　　　　　　　　　　　　　　　United States District Judge